1002

[No. 23742-0-I. Division One. September 4, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL
RAY LEWIS, *Defendant*, RUDOLPH DARNELL
SISSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88-1-02784-2, Susan R. Agid, J., entered February 22, 1990. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Swanson and Scholfield, JJ.

[No. 24568-6-I. Division One. September 4, 1990.]

ROSE WAKEMAN, *Respondent*, v. PAM LOMMERS,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 88-2-13234-8, Faith Enyeart, J., entered June
26, 1989. *Reversed* by unpublished opinion per Winsor, J.,
concurred in by Grosse, A.C.J., and Swanson, J.

[No. 24872-3-I. Division One. September 4, 1990.]

LESTA CLARK, *as Personal Representative, Respondent*, v.
THE STATE OF WASHINGTON, *Defendant*,
DEXTER H. PINKMAN, ET AL,
*Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-05671-2, Michael J. Fox, J., entered
August 31, 1989. *Reversed* by unpublished opinion per
Winsor, J., concurred in by Grosse, A.C.J., and Swanson, J.